**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA,

        Plaintiff,

                                     Case No. 3:17-cv-1443-J-34JBT

vs.

PATRICIA A. MCQUEEN,

        Defendant.

_____/

**O R D E R**

**THIS CAUSE** is before the Court on Magistrate Judge Joel B. Toomey's Report and Recommendation (Doc. 10; Report), entered on March 20, 2018, recommending that Plaintiff's Motion for Entry of Default Final Judgment (Doc. 9; Motion) be granted and that judgment be entered in favor of Plaintiff and against Defendant. See Report at 1-2, 7-8. To date, no objections to the Report have been filed, and the time for doing so has passed.

The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b). If no specific objections to findings of facts are filed, the district court is not required to conduct a de novo review of those findings. See Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993); see also 28 U.S.C. § 636(b)(1). However, the district court must review legal conclusions de novo. See Cooper-Houston v. S. Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); United States v. Rice, No. 2:07-mc-8-FtM-29SPC, 2007 WL 1428615, at * 1 (M.D. Fla. May 14, 2007).

Upon independent review of the file and for the reasons stated in the Magistrate Judge's Report, the Court will accept and adopt the legal and factual conclusions recommended by the Magistrate Judge. Accordingly, it is hereby

**ORDERED**:

1. Magistrate Judge Joel B. Toomey's Report and Recommendation (Doc. 10) is **ADOPTED** as the opinion of the Court.

2. Plaintiff's Motion for Entry of Default Final Judgment (Doc. 9) is **GRANTED**.

3. The Clerk of the Court is **DIRECTED** to enter judgment in favor of Plaintiff United States of America, c/o Becker & Poliakoff, P.A., 121 Alhambra Plaza, 10th Floor, Coral Gables, Florida 33134 and/or the United States Department of Education, 50 Beale Street, Suite 8601, San Francisco, California 94105, and against Defendant Patricia A. McQueen, 76570 Timbercreek, Boulevard, Yulee, Florida 32097, in the sum of $9,111.61.[1]

4. Post judgment interest will accrue at the statutory rate set forth in 28 U.S.C. § 1961.

5. The Clerk of the Court is further directed to terminate any pending motions and close the file.

**DONE AND ORDERED** at Jacksonville, Florida, this 10th day of April, 2018.

MARCIA MORALES HOWARD
United States District Judge

---

[1] This amount represents: (1) 8,921.98 in unpaid principal and interest plus $129.63 (149 days x $0.87) in prejudgment interest accrued from November 13, 2017, to the date of Judgment (totaling $9,051.61); and (2) $60.00 in court costs.

ja

Copies to:

Counsel of Record

Patricia A. McQueen
76570 Timbercreek Boulevard
Yulee, FL 32097